```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                         FORT PIERCE DIVISION
              CASE NO. 05-14090-CR-MARTINEZ/LYNCH
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

GARY ST.LAURENT,

        Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Order of Reference from District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on January 10,2007. A Report and Recommendation was filed on January 19,2007, recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety. The Defendant is adjudged guilty to Count One and Count Four of the Indictment in this case. Count One charges that the Defendant and co-defendants devised and intended to devise a scheme and artifice to defraud and to obtain money by means of false and fraudulent pretenses, representations and promises, in violation of Title 18, United States Code, Section 371.

Count Four charges that the Defendant and co-defendants Bogdan, Brant and James Hollis did knowingly cause to be mailed, interest payment $687.50, via the United States Postal Service, to investors "WG and EG" relating to investments of $75,000, knowing that the payments were not from earnings on the original investments but from new investors fund, all in violation of Title 18, United States Code, Sections 1341 and 2.  The government agrees to seek dismissal of Counts Six, Eight, and Nine of the Indictment, as to this Defendant, after sentencing.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5 day of February, 2007.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
        All Counsel Of Record
        U.S.Probation